IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | C/A No: 6:20-cv-1289-DCC |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | **PLAINTIFF'S NOTICE OF MOTION** |
| INNOVATIVE EMPLOYER | ) | **AND MOTION TO AMEND** |
| SOLUTIONS, LLC D/B/A | ) | **COMPLAINT** |
| PAYROLL+MEDICS AND JOHN DOES | ) | |
| 1-500, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

     PLEASE TAKE NOTICE that Plaintiff RLI Insurance Company, by and through its undersigned counsel, hereby moves before Judge Coggins for an Order allowing Plaintiff to amend its Complaint. A copy of the proposed Amended Complaint is attached hereto as **Exhibit A**. This Motion is made with the consent of counsel of all Defendants.

     Respectfully Submitted,

*s/ Allen Leland DuPre, Esq.*
Robert T. Lyles, Jr., Esq. (Fed ID 3029)
Allen Leland DuPre, Esq. (Fed ID 7252)
Lyles & Associates, LLC
1037 Chuck Dawley Blvd., STE G100
Mount Pleasant, South Carolina 29464
rtl@lylesfirm.com
ald@lylesfirm.com

**Attorneys for Plaintiff RLI Insurance Company**

July 14, 2020